# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JERRY HOOKS,

      Plaintiff,                           3:12-cv-00246-LRH-WGC

vs.

CHIEF JUSTICE ROSE, *et al.*,        **ORDER**

      Defendants.

This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by a state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the complaint. Plaintiff must either submit the filing fee or submit an application to proceed *in forma pauperis* when initiating an action in this Court.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of a new complaint in a new action. The Clerk of the Court shall enter judgment accordingly.

**IT FURTHER IS ORDERED** that the Clerk of the Court shall send plaintiff two copies of an *in forma pauperis* application form for a prisoner, one copy of the instructions for same, two copies of a blank 42 U.S.C. § 1983 prisoner civil rights form, and one copy of instructions for the same.

**IT IS FURTHER ORDERED** that plaintiff may file a new complaint and *in forma pauperis* application in a new action, but he may not file further documents in this action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly.

Dated this 16th day of May, 2012.

LARRY R. HICKS
UNITED STATES DISTRICT JUDGE